# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-945
_____

CARLOS S. KENON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

September 30, 2020


PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carlos S. Kenon, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.